**FILED**
June 20, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )
                                )     Case No. 2:08-mj-217 KJM
            Plaintiff,          )
                                )
v.                              )     ORDER FOR RELEASE
                                )     OF PERSON IN CUSTODY
Clarisa Ang,                    )
                                )
            Defendant.          )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  Clarisa Ang  Case 2:08-mj-217 KJM  from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __  Release on Personal Recognizance

    __  Bail Posted in the Sum of _____

    _X_  Unsecured bond in the amount of $50,000

    __  Appearance Bond with 10% Deposit

    __  Appearance Bond secured by Real Property

    __  Corporate Surety Bail Bond

    _X_  (Other) PTS conditions/supervision;

Issued at  Sacramento, CA  on 6/20/08  at  3 p.m.

By  /s/ Kimberly J. Mueller
Kimberly J. Mueller,
United States Magistrate Judge