**FILED**
June 20, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 2:08-mj-217 KJM |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE |
| | ) | OF PERSON IN CUSTODY |
| Clarisa Ang, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release _Clarisa Ang_ Case _2:08-mj-217 KJM_ from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

      _    Release on Personal Recognizance

      _    Bail Posted in the Sum of _____

      X    Unsecured bond in the amount of $50,000

      _    Appearance Bond with 10% Deposit

      _    Appearance Bond secured by Real Property

      _    Corporate Surety Bail Bond

      X    (Other) PTS conditions/supervision;

Issued at _Sacramento, CA_ on _6/20/08_ at _3 p.m._.

By _____
Kimberly J. Mueller,
United States Magistrate Judge